| | |
|---|---|
| 1 | Robert B. Jobe (Cal. State Bar #133089) |
| | LAW OFFICE OF ROBERT B. JOBE |
| 2 | 550 Kearny Street, Ste. 200 |
| | San Francisco, CA 94108 |
| 3 | Tel:   (415) 956-5513 |
| | Fax:   (415) 840-0308 |
| 4 | Email: bob@jobelaw.com |
| 5 | Attorney for Plaintiff. |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO MINJARES GARCIA, | ) | No.   CV 09-3573 WHA |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MOTION FOR VOLUNTARY |
| | ) | DISMISSAL; [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| MICHAEL AYTES ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Pedro Minjares Garcia, through counsel, requests that his complaint for relief under the Administrative Procedure Act, currently pending before the Court, be dismissed without prejudice.  Because Defendants have accepted his application for asylum, Mr. Minjares is no longer alleging that the Defendants are refusing to accept his application.

   WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his complaint, without prejudice.

Motion for Voluntary Dismissal and [Proposed] Order
No.   CV 09-3573 WHA

1 | DATED: September 11, 2009      /s/
2 |     _____
3 |     Robert B. Jobe
    LAW OFFICE OF ROBERT JOBE
    550 Kearny Street, Ste. 200
    San Francisco, CA 94108
4 |     (415) 956-5513
5 |     Attorney for Plaintiff

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED: September 17, 2009     _____
    WILLIAM H. ALSUP
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup* (signature and seal of United States District Court, Northern District of California)

Motion for Voluntary Dismissal and [~~Proposed~~] Order
No.     CV 09-3573 WHA